UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:23-cv-300

RICHARD J. WIND,
An Individual,

    Plaintiff,

v.

NISSAN MOTOR ACCEPTANCE COMPANY LLC.,
d/b/a NISSAN MOTOR ACCEPTANCE CORP.,

   Defendant.
_____/

### JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Local Rules for the United States District Court for the Middle District of Florida, Plaintiff, RICHARD J. WIND, and Defendant, NISSAN MOTOR ACCEPTANCE COMPANY, LLC., d/b/a NISSAN MOTOR ACCEPTANCE CORP., by and through their respective counsel, hereby jointly provide notice to this honorable Court that the parties have reached an agreement to compromise and resolve the above-styled civil action, and that a joint stipulation of dismissal with prejudice will be filed hereafter.

    Respectfully submitted,

| | |
|---|---|
| */s/ Joshua Feygin* | */s/ Joseph A. Apatov* |
| **Joshua Feygin** | **JOSEPH A. APATOV, ESQ.** |
| Florida Bar No. 124685 | Florida Bar No. 93546 |
| **JOSHUA FEYGIN, PLLC** | **MCGLINCHEY STAFFORD** |
| 1930 Harrison Street | 101 NE 3rd Avenue, Suite 1810 |

| | |
|---|---|
| Suite 208F<br>Hollywood, Florida 33020<br>Phone: (954) 228-5674<br>Fax:    (954) 697-0357<br>Email: Josh@JFeyginesq.com<br>*Attorneys for Plaintiff* | Fort Lauderdale, FL 33301<br>Telephone: (954) 356-2516<br>Fax: (954) 252-3808<br>Email: japatov@mcglinchey.com<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685