UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:23-cv-300

RICHARD J. WIND,
An Individual,

    Plaintiff,

v.

NISSAN MOTOR ACCEPTANCE COMPANY LLC.,
d/b/a NISSAN MOTOR ACCEPTANCE CORP.,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(1), Federal Rules of Civil Procedure, Plaintiff and Defendant having amicably resolved all issues by and through their respective counsel hereby dismisses this action with prejudice. The parties agree that each party shall bear its own attorneys' fees and costs, except as otherwise provided in the settlement agreement.

    Respectfully Submitted,

    /s/ Joshua E. Feygin
    JOSHUA FEYGIN, ESQ.
    FL Bar No.: 124685
    Email: Josh@sueyourdealer.com
    SUE YOUR DEALER – A LAW FIRM
    1930 Harrison St, Suite 208F

Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
Facsimile:  (561) 473-2946
*Counsel for Plaintiff, Richard Wind*

/s/ Alyssa N. Weiss
JOSEPH A. APATOV, ESQ.
Florida Bar No. 93546
MCGLINCHEY STAFFORD
101 NE 3rd Avenue, Suite 1810
Fort Lauderdale, FL 33301
Telephone: (954) 356-2516
Fax: (954) 252-3808
Email: japatov@mcglinchey.com
*Counsel for Defendant, NMAC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.

FL Bar No.: 124685